NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KATHE BURGER, PHILIP J. BURGER, SARAH B. BURGER, PETER M. BURGER, ELIZABETH A. BURGER, CHAPMAN/SPRING GARDEN, LLC, CHANEY-FRYE #4, LLC, LAROSE PROPERTIES, INC., MICHELLE AGAPION MORGAN, ESTATE OF RICHARD AUSTIN LANE, THOMAS G. HAYES, individually and on behalf of the Personal Representative of the Estate of Harold W. Hayes, HISTORIC WAFCO CONDOMINIUM ASSOCIATION, INC.,**
*Plaintiff-Appellee*

**EMILY ELIZABETH OWEN, GCP REAL IV, LLC, GUILFORD BUILDERS SUPPLY CO., JESC, LLC,**
*Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2024-1249, 2024-1250

---

Appeal from the United States Court of Federal Claims in No. 1:19-cv-01596-LAS, 1:19-cv-01942-LAS, Senior Judge Loren A. Smith.

_____

## ORDER

The parties having so agreed, it is ordered that:

(1) The proceedings are DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

March 13, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** March 13, 2024